MADERA, APPELLANT, *v.* SATELLITE SHELTERS, INC. ET AL., APPELLEES.

[Cite as *Madera v. Satellite Shelters, Inc.* (1999), 86 Ohio St.3d 1202.]

(No. 98–1927—Submitted May 26, 1999—Decided July 7, 1999.)

*Dolatowski & Campbell Co., L.P.A.,* and *Robert B. Campbell,* for appellant.

*Belkin, Billick & Harrold Co., L.P.A., Linda Hauserman Harrold* and *Lester W. Armstrong; Littler Mendelson, P.C., Marko J. Mrkonich* and *Ingrid M. Kreuser,* for appellees.

*Louis A. Jacobs; Law Offices of John S. Marshall* and *Joshua J. Morrow,* urging reversal for *amici curiae,* Ohio Employment Lawyers Association, Committee Against Sexual Harassment, Ohio Civil Rights Coalition, and Now Education & Legal Fund.

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

The court orders that the court of appeals' opinion not be published in the Ohio Official Reports and that it may not be cited as authority except by the parties *inter se.*

MOYER, C.J., F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals.

---

ALICE ROBIE RESNICK, J., dissenting. This case contains important issues and should be addressed on the merits. I respectfully dissent from the majority's determination to dismiss as improvidently allowed.

DOUGLAS, J., concurs in the foregoing dissenting opinion.